**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6862**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES EDWARD DAWKINS,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (CR-95-9-V, CA-98-32-5-2-V)

Submitted: November 29, 2001      Decided: December 5, 2001

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Richard Edward Dawkins, Appellant Pro Se. Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Edward Dawkins appeals from the district court's order declining to grant Fed. R. Civ. P. 60(b) relief from the final order dismissing his 42 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss on the reasoning of the district court.  United States v. Dawkins, Nos. CR-95-9-V; CA-98-32-5-2-V (W.D.N.C. filed May 1, 2001; entered May 9, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2